UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TODD BANK, *on behalf of himself
and all others similarly situated,*

          Plaintiff,

                                            No.: 1:18-cv-01311

    -against-

FREEDOM DEBT RELIEF, LLC,
FREEDOM FINANCIAL NETWORK, LLC
and FREEDOM FINANCIAL NETWORK FUNDING,
LLC,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that this action has been settled in its entirety, on an

individual basis only. The parties anticipate filing a joint stipulation to dismiss with prejudice.

The parties jointly and respectfully request that all pending dates and filing requirements

be vacated.

DATED: April 17, 2020          **PLAINTIFF *pro se***

                                   By:    /s/ *Todd C. Bank*
                                          Todd C. Bank

                                  **KLEIN MOYNIHAN TURCO LLP**

                                   By:    /s/ *Neil E. Asnen*
                                          Neil E. Asnen
                                    *Attorneys for Defendants*
                                    *Freedom Debt Relief, LLC,*
                                    *Freedom Financial Network, LLC, and*
                                    *Freedom Financial Network Funding, LLC*