UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------------X

TODD BANK, *on behalf of himself*
*and all others similarly situated*,

            Plaintiff,

  -against-

FREEDOM DEBT RELIEF, LLC,
FREEDOM FINANCIAL NETWORK, LLC
and FREEDOM FINANCIAL NETWORK FUNDING,
LLC,

            Defendants.

------------------------------------------X

No.: 1:18-cv-01311

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, *pro se*, Todd C. Bank, and defendants Freedom Debt Relief, LLC, Freedom Financial Network, LLC, and Freedom Financial Network Funding, LLC, by and through their counsel of record, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff *pro se*'s individual claims against defendants Freedom Debt Relief, LLC, Freedom Financial Network, LLC, and Freedom Financial Network Funding, LLC.

    **IT IS SO STIPULATED.**

Dated: May 4, 2020         **PLAINTIFF** *pro se*

                                       By:   /s/ *Todd C. Bank*
                                              Todd C. Bank

                                      **KLEIN MOYNIHAN TURCO LLP**

                                       By:   /s/ *Neil E. Asnen*
                                              Neil E. Asnen
                                      *Attorneys for Defendants*
                                      *Freedom Debt Relief, LLC,*
                                      *Freedom Financial Network, LLC, and*
                                      *Freedom Financial Network Funding, LLC*

{00133325;1}